# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**ANDREW MARTIN ON BEHALF OF HIMSELF**
**AND ALL OTHERS SIMILARLY SITUATED**                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 3:22-CV-176-SA-JMV**

**KHAYLIE HAZEL YEARNING LLC**                                    **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

On consideration of the record of this action, the Court finds that the Report and Recommendations [20] of the United States Magistrate Judge dated August 25, 2023, recommended dismissal of the complaint [1] due to failure to respond to the Court's Order to Show Cause [19]; that Plaintiff was granted fourteen days to file objections to the Report and Recommendations; and that to date no objection thereto has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendations should be approved and adopted as the opinion of the Court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated August 25, 2023, is hereby approved and adopted as the opinion of the Court;

2. That the Plaintiff's Complaint [1] is **DISMISSED** *without prejudice*; and

3. That this case is hereby **CLOSED.**

**THIS**, the 13th day of September, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE